No. 325. PAWLEY *v.* PAWLEY. Supreme Court of Florida. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *W. G. Ward, D. H. Redfearn* and *R. H. Ferrell* for peti-

tioner. *Paul R. Scott, A. L. McCarthy, Robert H. Anderson* and *Scott M. Loftin* for respondent.